DENNIS S. WAKS, Bar #142581
Acting Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT SEDANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. S 04-0251 WBS |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER RECALLING ARREST WARRANT AND SCHEDULING ARRAIGNMENT** |
| ROBERT SEDANO, | |
| Defendant. | Date: January 19, 2006<br>Time: 2:00 p.m.<br>Judge: Hon. Gregory G. Hollows |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Robert Sedano, assisted by the Federal Defender's Office, as follows:

   1.  The arrest warrant issued for Mr. Sedano on July 1, 2004, may be immediately recalled pending Mr. Sedano's appearance as set forth below;

   2.  That Mr. Sedano's arraignment may be scheduled for Thursday, January 19, 2006, at 2:00 p.m.

   Mr. Sedano recently contacted the Office of the Federal Defender for assistance in the above case charging a May 2004 violation of 18 U.S.C. § 922(g)(1), felon in possession of firearm.  Because counsel for the United States and the Assistant Federal Defender were not immediately able to coordinate their schedules for arraignment, they instead agreed to recall the

warrant pending arraignment on January 19, 2006, at 2:00 p.m.  Mr. Sedano has arranged to meet before that date with Pretrial Services who will prepare a report and recommendation for the Court.

```
                                        Respectfully submitted,
                                        DENNIS S. WAKS
                                        Acting Federal Defender


Dated: January 11, 2006                 /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for ROBERT SEDANO


                                        McGREGOR SCOTT
                                        United States Attorney


Dated: January 11, 2006                 /s/ T. Zindel for K. Smith
                                        KYMBERLY A. SMITH
                                        Assistant U.S. Attorney
```

**O R D E R**

The arrest warrant issued July 1, 2004, is hereby recalled.  The case is scheduled for arraignment before the magistrate judge at 2:00 p.m. on January 19, 2006.

IT IS SO ORDERED.

```
Dated: 1/13/06                          /s/ Gregory G. Hollows
                                        _____
                                        HON. GREGORY G. HOLLOWS
                                        United States Magistrate Judge
```

sedano251.ord

Stip. in U.S.A. v. Sedano            2