```
DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT SEDANO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR. S-04-0251 WBS |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) |
| | ) |
| ROBERT SEDANO, | ) Date: February 16, 2006 |
| | ) Time: 2:00 p.m. |
| Defendant. | ) Judge: Hon. William B. Shubb |
| _____ | ) |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Robert Sedano, that the status conference scheduled for February 16, 2006, may be continued to March 9, 2006, at 2:00 p.m.

    Defense counsel and Mr. Sedano seek additional time to review discovery, determine whether there are pretrial motions to file, and to determine whether additional investigation should be done. In order to have adequate time to investigate the circumstances of the underlying case and to determine the best course of action, additional preparation time is needed. The parties therefore agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under

1  the Speedy Trial Act may be excluded from the date of this order through March
2  9, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).
3                                              Respectfully submitted,
4                                              DANIEL J. BRODERICK
                                               Acting Federal Defender
5
6  Dated: February 14, 2006                    /s/ T. Zindel
                                               TIMOTHY ZINDEL
7                                              Assistant Federal Defender
                                               Attorney for Robert Sedano
8
9                                              McGREGOR SCOTT
                                               United States Attorney
10
11 Dated: February 14, 2006                    /s/ T. Zindel for K. Smith
                                               KYMBERLY SMITH
12                                             Assistant U.S. Attorney
13
14                                  **O R D E R**
15      The status conference is continued to March 9, 2006, at 2:00 p.m.  For the
16 reasons set forth above, the court finds that the ends of justice to be served
17 by a continuance outweigh the best interests of the public and the defendant in
18 a speedy trial and therefore excludes time under the Speedy Trial Act through
19 March 9, 2006.
20      IT IS SO ORDERED.
21
22 Dated:  February 15, 2006
23
24                                             WILLIAM B. SHUBB
25                                             UNITED STATES DISTRICT JUDGE
26
27
28

Stip. in U.S.A. v. R. Sedano                  2