```
DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT SEDANO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR. S-04-0251 WBS |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| ROBERT SEDANO, | Date: March 9, 2006 |
| Defendant. | Time: 2:00 p.m. |
| | Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Robert Sedano, that the status conference scheduled for March 9, 2006, may be continued to April 5, 2006, at 9:00 a.m.

Defense counsel and Mr. Sedano seek additional time to meet with counsel for the government to review preliminary guidelines calculations and, if possible, reach agreement about a plea. A meeting is scheduled for next week and, assuming the parties reach agreement, time will be needed to reduce the agreement to writing. If there is no agreement, there will be additional defense investigation. Consequently, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the

1  defendant in a speedy trial and that time under the Speedy Trial Act may be
2  excluded from the date of this order through April 6, 2006, pursuant to 18
3  U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                            Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Acting Federal Defender

Dated: March 7, 2006                        /s/ T. Zindel
                                            TIMOTHY ZINDEL
                                            Assistant Federal Defender
                                            Attorney for Robert Sedano


                                            McGREGOR SCOTT
                                            United States Attorney


Dated: March 7, 2006                        /s/ T. Zindel for K. Smith
                                            KYMBERLY SMITH
                                            Assistant U.S. Attorney


**O R D E R**

The status conference is continued to April 6, 2006, at 9:00 a.m.  For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through April 6, 2006.

IT IS SO ORDERED.


Dated:  March 8, 2006

                                            WILLIAM B. SHUBB
                                            UNITED STATES DISTRICT JUDGE


Stip. in U.S.A. v. R. Sedano                2