1  McGREGOR W. SCOTT
   United States Attorney
2  KYMBERLY A. SMITH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2771

5

6

7              **IN THE UNITED STATES DISTRICT COURT**

8            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10 UNITED STATES OF AMERICA   )    **Case No: S-04-251 WBS**
                              )
11           Plaintiff,       )    **JOINT STIPULATION TO CONTINUE**
                              )    **STATUS CONFERENCE; ORDER**
12           V.               )
                              )
13 ROBERT SEDANO              )
                              )    Date: April 12, 2006
14           Defendant.       )
                              )
15                            )    Honorable William B. Shubb
   _____)

16

17      Comes now the United States of America, by and through its
18 counsel of record, McGregor W. Scott, United States Attorney for the
19 Eastern District of California, and Kymberly A. Smith, Assistant
20 United States Attorney for said district, as well as the defendant,
21 represented by Tim Zindel, and respectively request that this Court
22 reschedule the status conference currently set for April 12, 2006.
23 The extension is also needed due to an unforeseen date conflict for
24 the government.
25      The parties herefore respectfully request that the status
26 conference scheduled for April 12, 2006, be vacated and that the
27 matter be rescheduled for April 19, 2006.  The parties, also request
28 that time continue to be tolled from April 12, 2006, to and including

                                1

April 19, 2006, pursuant to Local Code T4 and Title 18, U.S.C., § 3161(h)(8)(B)(iv)(preparation of counsel). Based on the foregoing and by this stipulation, the parties jointly request that the Court continue the status conference which is currently scheduled from April 12, 2006 to April 19, 2006.

IT IS SO STIPULATED.

Date: April 11, 2006         /s/ Kymberly A. Smith
                             Kymberly A. Smith
                             Assistant United States Attorney
                             Attorney for Plaintiff
                             United States of America

Date: April 11, 2006         /s/Kymberly A. Smith for Tim Zindel
                             Tim Zindel
                             Attorney for Defendant, Robert Sedano

### ORDER

The parties' stipulation regarding the re-scheduling of the status conference is accepted by the Court. The current status conference date of April 12, 2006, be and the same hereby is, VACATED. A further status conference is now scheduled for April 19, 2006. It is FURTHER ORDERED that the time will continue to be tolled from April 12, 2006, to and including April 19, 2006, pursuant to Local Code T4 and Title 18, U.S.C., § 3161(h)(8)(B)(iv).

**IT IS SO ORDERED.**

April 11, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE