DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ROBERT SEDANO


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR. S-04-0251 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **RESCHEDULING JUDGMENT &** |
| | ) | **SENTENCING** |
| ROBERT SEDANO, | ) | |
| | ) | |
| Defendant. | ) | Date:   June 28, 2006 |
| | ) | Time:   9:00 a.m. |
| _____ | ) | Judge:  Hon. William B. Shubb |


    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of

America, and defendant, Robert Sedano, that the hearing on judgment and sentence

may be continued from June 28, 2006, to July 19, 2006, at 9:00 a.m.  The final

presentence report has been distributed.  Both counsel and the probation officer

are available on July 19th.

/////

/////

/////

/////

1    Defense counsel seeks a continuance so that he can provide the Court with

2  additional information bearing on the sentence.

3

4                                      Respectfully submitted,

5                                      DANIEL J. BRODERICK
                                       Federal Defender
6

7  Dated: June 23, 2006                /s/ T. Zindel
                                       _____
                                       TIMOTHY ZINDEL
8                                      Assistant Federal Defender
                                       Attorney for Robert Sedano
9

10                                     McGREGOR SCOTT
                                       United States Attorney
11

12 Dated: June 23, 2006                /s/ T. Zindel for K. Smith
                                       _____
                                       KYMBERLY SMITH
13                                     Assistant U.S. Attorney

14

15                          **O R D E R**

16    Hearing on judgment and sentence shall be held on July 19, 2006, at 9:00

17 a.m.

18    IT IS SO ORDERED.

19

20 Dated:  June 27, 2006

21

22  _____
    WILLIAM B. SHUBB
23  UNITED STATES DISTRICT JUDGE

24

25

26

27

28